Charles B. BROWNELL,
Plaintiff—Appellant,

v.

SECRETARY, DEPARTMENT OF
PUBLIC SAFETY AND CORREC-
TIONAL SERVICES, Defendant—Ap-
pellee.

No. 04–7262.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2004.

Decided: Jan. 5, 2005.

Charles B. Brownell, Appellant pro se.

David Phelps Kennedy, Office of the
Attorney General of Maryland, Baltimore,
Maryland, for Appellee.

Before WILKINSON, TRAXLER, and
DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Charles B. Brownell appeals the district court's order granting the motion to dismiss his 42 U.S.C. § 1983 (2000) complaint pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brownell v. Secretary, Dep't of Pub. Safety & Corr. Servs.*, No. CA–04–124–AW (D.Md. July 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*